ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SOUTHERN AIRWAYS EXPRESS, LLC, <br><br>  Petitioner, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION and PETE BUTTIGIEG, in his official capacity as Secretary of Transportation, <br><br>  Respondents. | No. 24-1358 |

**CERTIFIED INDEX OF RECORD**

I certify that the attached index is a list of all the documents filed in Docket No. DOT-OST-2005-20735. The documents comprise the administrative record in the matter under review in the above-captioned case. These documents are maintained by the United States Department of Transportation and are available to the public through Regulations.gov, which is accessible online at: http://www.regulations.gov by searching for Docket No. DOT-OST-2005-20735 when prompted to do so.

This list is filed instead of the record itself, which is being kept by the agency pursuant to Fed. R. App. P. Rule 17(b).

1

Respectfully submitted,

_CHERYL F. COLLINS_  
Digitally signed by CHERYL F. COLLINS
Date: 2024.12.23 09:45:03 -05'00'

Cheryl F. Collins
Program Manager
Docket Operations
Office of the Secretary of Transportation
United States Department of Transportation

January 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  Service will be accomplished by the appellate CM/ECF system.

      */s/ Erin D. Hendrixson*
      Erin D. Hendrixson

DEPARTMENT OF TRANSPORTATION

CERTIFICATE OF TRUE COPY

I HEREBY CERTIFY that the attached is a true copy of the original

DOT-OST-2005-20735
Air Midwest, Inc. – 90 Day Notice of Intent to Terminate Service at Morgantown, West Virginia
and is on file in

Docket Operations
Office of Facilities, Information and Asset Management
U.S. Department of Transportation

Signed and dated at

**NICHOLAS ZIGELMIER**
Digitally signed by NICHOLAS ZIGELMIER
Date: 2024.12.19 14:59:28 -05'00'

*(Title)*

*************************************************************************

I HEREBY CERTIFY that Nicholas Zigelmier

who signed the foregoing certificate is now, and was, at the time of signing, Legal Instruments Specialist, Docket Operations, Office of Facilities, Information and Asset Management, U.S. Department of Transportation, and official custodian of the subject record, and that full faith and credit should be given his/her certificate as such.

**CHERYL F. COLLINS**
Digitally signed by CHERYL F. COLLINS
Date: 2024.12.23 09:49:36 -05'00'

*(Signature)*
**Program Manager**
*(Title)*
**U.S. Department of Transportation**

| Document ID | Title | Date Posted |
|---|---|---|
| DOT-OST-2005-20735-0001-0001 | Notice of Air Midwest, Inc. to Terminate Scheduled Air Service at Morgantown, WV | 03/22/2005 |
| DOT-OST-2005-20735-0001-0002 | Notice of Air Midwest, Inc. to Terminate Scheduled Air Service at Morgantown, WV | 03/22/2005 |
| DOT-OST-2005-20735-0002 | 2005-4-19 Order Prohibiting Termination of Service and Requesting Proposals | 04/19/2005 |
| DOT-OST-2005-20735-0003 | Notice to all Parties | 05/20/2005 |
| DOT-OST-2005-20735-0004 | Mid-Ohio Valley Regional Airport | 05/20/2005 |
| DOT-OST-2005-20735-0005 | Douglas Caldwell | 05/20/2005 |
| DOT-OST-2005-20735-0006 | RegionsAir, Inc. | 06/23/2005 |
| DOT-OST-2005-20735-0007 | Mesa Air Group, Inc. d/b/a Air Midwest | 06/23/2005 |
| DOT-OST-2005-20735-0008 | The Honorable Sam Lopez Mayor of the City of Clarksburg | 07/11/2005 |
| DOT-OST-2005-20735-0009 | Extension of Time to File Comments | 07/11/2005 |
| DOT-OST-2005-20735-0010 | Mid-Ohio Valley Regional Airport | 07/11/2005 |
| DOT-OST-2005-20735-0011 | 2005-7-12 Order Extending Service Obligation | 07/12/2005 |
| DOT-OST-2005-20735-0012 | State of West Virginia | 07/18/2005 |
| DOT-OST-2005-20735-0013 | House of Delegates - 41st District | 07/18/2005 |
| DOT-OST-2005-20735-0014 | Joseph M. Minard | 07/18/2005 |
| DOT-OST-2005-20735-0015 | James R. Christie | 08/01/2005 |
| DOT-OST-2005-20735-0016 | Sarah Jane | 08/01/2005 |
| DOT-OST-2005-20735-0017 | Chamber of Commerce of the Mid-Ohio Valley | 08/01/2005 |
| DOT-OST-2005-20735-0018 | D. Jean Armstrong | 08/01/2005 |
| DOT-OST-2005-20735-0019 | Raymond J. Crews | 08/01/2005 |
| DOT-OST-2005-20735-0020 | Business Communities of Parkersburg, West Virginia and Marietta, Ohio | 08/01/2005 |
| DOT-OST-2005-20735-0021 | MOV Regional Airport | 08/01/2005 |
| DOT-OST-2005-20735-0022 | City of Parkersburg | 08/01/2005 |
| DOT-OST-2005-20735-0023 | Paul Armstrong | 08/01/2005 |
| DOT-OST-2005-20735-0024 | Business Communities of Parkersburg, WV and Marietta, OH | 08/01/2005 |
| DOT-OST-2005-20735-0025 | Marietta Area Chamber of Commerce | 08/01/2005 |
| DOT-OST-2005-20735-0026 | The County Commission of Wood County | 08/01/2005 |
| DOT-OST-2005-20735-0027-0001 | Board of Commissioners of Washington County, Ohio | 08/02/2005 |
| DOT-OST-2005-20735-0027-0002 | Board of Commissioners of Washington County, Ohio | 08/02/2005 |
| DOT-OST-2005-20735-0028 | The City of Morgantown | 08/02/2005 |
| DOT-OST-2005-20735-0029 | Correspondence to the Honorable Alan B. Mollohan | 08/08/2005 |
| DOT-OST-2005-20735-0030 | 2005-8-5 Order Extending Service Obligation | 08/08/2005 |
| DOT-OST-2005-20735-0031 | 2005-9-5 Order Extending Service Obligation | 09/08/2005 |
| DOT-OST-2005-20735-0032 | 2005-9-8 Order Selecting Carrier and Establishing Subsidy Rate | 09/09/2005 |
| DOT-OST-2005-20735-0033 | 2005-10-4 Order Extending Service Obligation | 10/07/2005 |
| DOT-OST-2005-20735-0034 | Honorable John D. Rockefeller IV | 10/21/2005 |
| DOT-OST-2005-20735-0035 | 2005-11-8 Order Extending Service Obligation | 11/04/2005 |
| DOT-OST-2005-20735-0036 | 2005-12-10 Order Extending Service Obligation | 12/15/2005 |
| DOT-OST-2005-20735-0037 | Order 2006-1-7 Extending Service Obligation | 01/11/2006 |
| DOT-OST-2005-20735-0038-0001 | Mid-Ohio Valley Regional Airport | 02/01/2006 |
| DOT-OST-2005-20735-0038-0002 | Mid-Ohio Valley Regional Airport | 02/01/2006 |

| Document ID | Title | Date Posted |
|---|---|---|
| DOT-OST-2005-20735-0038-0003 | Mid-Ohio Valley Regional Airport | 02/01/2006 |
| DOT-OST-2005-20735-0039 | 2006-2-3 Order Extending Service Obligation | 02/06/2006 |
| DOT-OST-2005-20735-0040 | RegionsAir | 02/24/2006 |
| DOT-OST-2005-20735-0041 | 2006-3-1 Order Approving Alternate Service Pattern | 03/01/2006 |
| DOT-OST-2005-20735-0042 | Order 2006-3-8 Order Extending Service Obligation | 03/07/2006 |
| DOT-OST-2005-20735-0043 | 2006-4-4 Order Extending Service Obligation | 04/05/2006 |
| DOT-OST-2005-20735-0045-0001 | Request by Air Midwest, Inc. for Relief in Regards to Essential Air Service Obligations at Parkersburg, WV; Morgantown, WV; and Clarksburg/Fairmont, WV | 05/03/2006 |
| DOT-OST-2005-20735-0045-0002 | Request by Air Midwest, Inc. for Relief in Regards to Essential Air Service Obligations at Parkersburg, WV; Morgantown, WV; and Clarksburg/Fairmont, WV | 05/03/2006 |
| DOT-OST-2005-20735-0046 | Mid-Ohio Valley Regional Airport Authority | 11/21/2006 |
| DOT-OST-2005-20735-0047 | Benedum Airport Authority | 11/27/2006 |
| DOT-OST-2005-20735-0048 | City of Morgantown | 12/07/2006 |
| DOT-OST-2005-20735-0049 | 2006-12-9 Order Requesting Proposals | 12/12/2006 |
| DOT-OST-2005-20735-0050-0001 | RegionsAir, Inc. | 12/27/2006 |
| DOT-OST-2005-20735-0050-0002 | RegionsAir, Inc. | 12/27/2006 |
| DOT-OST-2005-20735-0051 | Tracy Robinson-Coffee | 12/28/2006 |
| DOT-OST-2005-20735-0052-0001 | RegionsAir, Inc. | 12/29/2006 |
| DOT-OST-2005-20735-0052-0002 | RegionsAir, Inc. | 12/29/2006 |
| DOT-OST-2005-20735-0053 | Scott Pancoast | 01/05/2007 |
| DOT-OST-2005-20735-0054 | Mesa Air Group, Inc. d/b/a Air Midwest | 01/08/2007 |
| DOT-OST-2005-20735-0055 | Colgan Air, Inc. | 01/08/2007 |
| DOT-OST-2005-20735-0056 | Big Sky Transportation Co. | 01/08/2007 |
| DOT-OST-2005-20735-0057 | Honorable Ron Justice | 01/08/2007 |
| DOT-OST-2005-20735-0058 | Bob Hammel, Director of the Morgantown Municipal Airport | 01/08/2007 |
| DOT-OST-2005-20735-0059 | RegionsAir, Inc. | 01/08/2007 |
| DOT-OST-2005-20735-0060 | The City of Morgantown | 01/17/2007 |
| DOT-OST-2005-20735-0061 | 2007-1-14 Order Making Temporary Carrier Selection | 01/25/2007 |
| DOT-OST-2005-20735-0062 | 2007-1-16 Order Selecting Carrier | 01/25/2007 |
| DOT-OST-2005-20735-0063 | Notification From Colgan Air, Inc. to Modify Existing Subsidized Essential Air Service Requirements for the Communities of: Parkersburg, Morgantown & Clarksburg/Fairmont, West Virginia | 12/10/2007 |
| DOT-OST-2005-20735-0064 | Morgantown Municipal Airport | 12/19/2007 |
| DOT-OST-2005-20735-0065 | Notification from Colgan Air, Inc. to Modify Existing Subsidized Essential Air Service requirements for the Communities of: Parkersburg, Morgantown & Clarksburg/Fairmont, West Virginia | 12/19/2007 |
| DOT-OST-2005-20735-0066 | 2007-12-24 Order Approving Alternate Service Pattern | 12/21/2007 |
| DOT-OST-2005-20735-0067 | Ninety-Day Notice of Intent of Colgan Air Inc. D/B/A United Express to Terminate Scheduled Essential Air Service at Parkersburg, Morgantown and Clarksburg/Fairmont, WV. | 04/01/2008 |
| DOT-OST-2005-20735-0068 | 2008-4-11 Order Prohibiting Termination of Service and Requesting Proposals | 04/07/2008 |

| Document ID | Title | Date Posted |
|---|---|---|
| DOT-OST-2005-20735-0069 | Proposal of Colgan Air, Inc. to Provide Subsidized Essential Air Service for the Communities of Clarksburg, Morgantown and Parkersburg, West Virginia | 05/06/2008 |
| DOT-OST-2005-20735-0070 | 2008-5-37 Order Selecting Carrier Requesting Proposals, and Setting Subsidy Rates | 05/28/2008 |
| DOT-OST-2005-20735-0071 | Order 2010-3-16 Requesting Proposals And Synchronizing Contract Expiration Dates | 03/12/2010 |
| DOT-OST-2005-20735-0072 | Gulfstream International Airlines Proposal | 04/22/2010 |
| DOT-OST-2005-20735-0073 | Charter Air Transport (Proposal) | 04/22/2010 |
| DOT-OST-2005-20735-0074 | Proposal of Colgan Air, Inc. | 04/22/2010 |
| DOT-OST-2005-20735-0075 | Glen Kelly | 04/28/2010 |
| DOT-OST-2005-20735-0076 | Honorable William Byrne | 04/29/2010 |
| DOT-OST-2005-20735-0077 | Calvin G. Kelly, III | 05/11/2010 |
| DOT-OST-2005-20735-0078 | Allegheny County Airport Authority | 05/19/2010 |
| DOT-OST-2005-20735-0079 | Ricky D. Smith | 05/24/2010 |
| DOT-OST-2005-20735-0080 | Order 2010-6-25 Selecting Carriers | 06/29/2010 |
| DOT-OST-2005-20735-0081 | 2012-2-16 Order Requesting Proposals | 02/23/2012 |
| DOT-OST-2005-20735-0082 | Ninety-Day Notice Of Termination Of Service | 03/13/2012 |
| DOT-OST-2005-20735-0083 | Order 2012-3-14 Prohibiting Suspension of Service And Requesting Proposals | 03/23/2012 |
| DOT-OST-2005-20735-0084 | Silver Airways Proposal to Provide Subsidized Air Service to the Communities of Beckley, Clarksburg/Fairmont and Morgantown, West Virginia | 04/05/2012 |
| DOT-OST-2005-20735-0085 | Request for Comments | 04/10/2012 |
| DOT-OST-2005-20735-0086 | Morgantown Municipal Airport | 04/18/2012 |
| DOT-OST-2005-20735-0087 | 2012-4-32 Order Selecting Carrier | 04/30/2012 |
| DOT-OST-2005-20735-0088 | Order 2012-6-25 Extending Service Obligation | 07/02/2012 |
| DOT-OST-2005-20735-0089 | 2014-2-13 Order Requesting Proposals | 02/21/2014 |
| DOT-OST-2005-20735-0090 | Boutique Air - Extension of Time to File Proposals | 03/20/2014 |
| DOT-OST-2005-20735-0091 | Notice Extending The Deadline For Proposals | 03/20/2014 |
| DOT-OST-2005-20735-0092 | Silver Airways (Request for an Extension to File Proposals) | 03/20/2014 |
| DOT-OST-2005-20735-0093 | Proposal of Boutique Air to Provide Essential Air Service | 04/21/2014 |
| DOT-OST-2005-20735-0094 | Proposal of City Link Air, Inc. | 04/21/2014 |
| DOT-OST-2005-20735-0095 | Proposal of Silver Airways | 04/21/2014 |
| DOT-OST-2005-20735-0096 | Notice of Action Taken re: Notice | 05/14/2014 |
| DOT-OST-2005-20735-0097 | Proposal of Boutique Air | 05/28/2014 |
| DOT-OST-2005-20735-0098 | Proposal of Silver Airways | 05/28/2014 |
| DOT-OST-2005-20735-0099 | Sun Air International Proposal to Provide Subsidized Essential Air Service | 05/29/2014 |
| DOT-OST-2005-20735-0100 | City Link Air, Inc. (CLA) Proposal to Provide Subsidized Air Service at Morgantown (MGW), West Virginia | 05/29/2014 |
| DOT-OST-2005-20735-0101 | Request for Comments | 05/29/2014 |
| DOT-OST-2005-20735-0102 | Morgantown Municipal Airport (Comments) | 06/02/2014 |
| DOT-OST-2005-20735-0103 | 2014-7-11 Order Selecting Air Carriers, Resoliciting Proposals on an Expected Basis, and Deferring Action | 07/21/2014 |

| Document ID | Title | Date Posted |
|---|---|---|
| DOT-OST-2005-20735-0104 | Sami Teittinen | 08/20/2015 |
| DOT-OST-2005-20735-0105 | Silver Airways (Response Letter) | 09/04/2015 |
| DOT-OST-2005-20735-0106 | 2016-3-33 Order Requesting Proposals | 03/28/2016 |
| DOT-OST-2005-20735-0107 | Silver Airways (Request for Extension) | 04/29/2016 |
| DOT-OST-2005-20735-0108 | Extension of Time for Requests for Comments | 04/29/2016 |
| DOT-OST-2005-20735-0109 | 2016-5-8 Order Requesting Applications | 05/17/2016 |
| DOT-OST-2005-20735-0110 | Silver Airways (Proposal) | 05/25/2016 |
| DOT-OST-2005-20735-0111 | Southern Airways Express (Proposal) | 05/25/2016 |
| DOT-OST-2005-20735-0112 | Boutique Air (Proposal) | 05/25/2016 |
| DOT-OST-2005-20735-0113 | Corporate Flight Management (Proposal) | 05/25/2016 |
| DOT-OST-2005-20735-0114 | ViaAir LLC (Proposal) | 06/03/2016 |
| DOT-OST-2005-20735-0115 | Morgantown Municipal Airport (Correspondence) | 06/03/2016 |
| DOT-OST-2005-20735-0116 | Silver Airways (Response to Order 2016-3-33 and Proposal) | 06/23/2016 |
| DOT-OST-2005-20735-0117 | Maryland Aviation Administration (Leave to File Comments & Correct the Record) | 07/05/2016 |
| DOT-OST-2005-20735-0118 | Comment from Jason Whipkey | 07/08/2016 |
| DOT-OST-2005-20735-0119 | Morgantown Municipal Airport (Waiver of Twin Engine Requirement) | 07/28/2016 |
| DOT-OST-2005-20735-0120 | Comment from Ernesto Martinez | 08/23/2016 |
| DOT-OST-2005-20735-0121 | 2016-8-24 Order Selecting Air Carrier | 08/26/2016 |
| DOT-OST-2005-20735-0122 | 2016-9-19 Order Extending Essential Air Service Contracts | 09/29/2016 |
| DOT-OST-2005-20735-0123 | Morgantown Municipal Airport - Alternate Service Pattern Request | 05/31/2017 |
| DOT-OST-2005-20735-0124 | 2017-6-3 Order Approving Alternate Service Patterns | 06/08/2017 |
| DOT-OST-2005-20735-0125 | 2018-2-12 Order Requesting Proposals | 02/16/2018 |
| DOT-OST-2005-20735-0126 | Altoona-Blair County Airport (Request for Extension) | 03/12/2018 |
| DOT-OST-2005-20735-0127 | Grant of Request for Extension | 03/12/2018 |
| DOT-OST-2005-20735-0128 | Aviation Street Inc. (Proposal) | 04/12/2018 |
| DOT-OST-2005-20735-0129 | Boutique Air (Proposal) | 04/12/2018 |
| DOT-OST-2005-20735-0130 | Southern Airways Express (Proposal) | 04/12/2018 |
| DOT-OST-2005-20735-0131 | Blair County Airport Authority (Request for Extension) | 05/10/2018 |
| DOT-OST-2005-20735-0132 | Grant of Request for Extension | 05/10/2018 |
| DOT-OST-2005-20735-0133 | 2018-5-14 Order Tentatively Terminating Essential Air Service Eligibility and Tentatively Granting a Waiver for Communities that Experienced a Service Hiatus | 05/11/2018 |
| DOT-OST-2005-20735-0134 | Morgantown Municipal Airport - Petition for Waiver from the 10-Enplanement Statute and $200 Per Passenger Cap | 06/04/2018 |
| DOT-OST-2005-20735-0135 | West Virginia Aeronautics Commission (Correspondence) | 06/29/2018 |
| DOT-OST-2005-20735-0136 | The City of Morgantown and the Morgantown Municipal Airport (Correspondence) | 07/27/2018 |
| DOT-OST-2005-20735-0137 | Request for Community Comments | 07/27/2018 |
| DOT-OST-2005-20735-0138 | 2018-8-2 Final Order Granting Essential Air Service Waiver | 08/07/2018 |
| DOT-OST-2005-20735-0139 | Boon County Regional Airport (Correspondence) | 08/07/2018 |
| DOT-OST-2005-20735-0140 | 2018-9-5 Order Re-Selecting Carrier and Establishing Subsidy Rates | 09/06/2018 |

| Document ID | Title | Date Posted |
|---|---|---|
| DOT-OST-2005-20735-0141 | 2019-3-15 Order Tentatively Terminating Essential Air Service Eligibility at Certain Communities and Tentatively Granting Waivers Under Section 458 of Public Law 115-254 for Other Communities | 03/29/2019 |
| DOT-OST-2005-20735-0142 | The City of Morgantown (Correspondence) | 04/12/2019 |
| DOT-OST-2005-20735-0143 | Morgantown Municipal Airport - Petition for Waiver from the 10-Enplanement Statute and $200 Per Passenger Cap | 04/16/2019 |
| DOT-OST-2005-20735-0144 | Greater Morgantown Convention and Visitors Bureau (Correspondence) | 04/16/2019 |
| DOT-OST-2005-20735-0145 | Ex Parte Correspondence to The Honorable Shelley Moore Capito | 06/25/2019 |
| DOT-OST-2005-20735-0146 | 2019-8-17 Order Finalizing Essential Air Service Waivers Granted Under Section 458 of Public Law 115-254 for 11 Communities, Granting Waivers to Three Communities, and Terminating Eligibility for Two Communities | 08/23/2019 |
| DOT-OST-2005-20735-0147 | 2020-3-1 Order Tentatively Terminating Essential Air Service Eligibility at Certain Communities and Tentatively Granting Waivers Under Section 458 of Public Law 115-254 for Other Communities | 03/05/2020 |
| DOT-OST-2005-20735-0148 | Notice Regarding Current Administration and Enforcement of the Essential Air Service Program | 04/29/2020 |
| DOT-OST-2005-20735-0149 | 2020-4-8 Order Requesting Proposals | 04/29/2020 |
| DOT-OST-2005-20735-0150 | Request for Community Comments | 05/28/2020 |
| DOT-OST-2005-20735-0151 | Southern Airways Express LLC (Proposal) | 05/28/2020 |
| DOT-OST-2005-20735-0152 | Hyannis Air Service, Inc., dba Cape Air (Proposal) | 05/28/2020 |
| DOT-OST-2005-20735-0153 | Boutique Air (Proposal) | 05/28/2020 |
| DOT-OST-2005-20735-0154 | Notice of Extension Regarding Current Administration and Enforcement of the Essential Air Service Program | 06/05/2020 |
| DOT-OST-2005-20735-0155 | Morgantown Municipal Airport (Correspondence) | 07/09/2020 |
| DOT-OST-2005-20735-0156 | Notice of Second Extension Regarding Current Administration and Enforcement of the Essential Air Service Program | 09/22/2020 |
| DOT-OST-2005-20735-0157 | 2020-12-3 Order Selecting Air Carrier | 12/03/2020 |
| DOT-OST-2005-20735-0158 | 2020-12-4 Order Finalizing Essential Air Service Waivers Granted Under Section 458 of Public Law 115-254 for 12 Communities; Confirming Essential Air Service Eligibility for Four Communities; and Granting Waivers Under Section 426 of Public Law 112-95 for Two Communities | 12/03/2020 |
| DOT-OST-2005-20735-0159 | Notice of Third Extension Regarding Current Administration and Enforcement of the Essential Air Service Program | 12/23/2020 |
| DOT-OST-2005-20735-0160 | Notice of Extension Regarding Current Administration and Enforcement of the Essential Air Service Program | 03/12/2021 |
| DOT-OST-2005-20735-0161 | Morgantown Municipal Airport (Correspondence) | 05/14/2021 |
| DOT-OST-2005-20735-0162 | 2021-6-28 Order Approving Alternate Service Pattern | 07/01/2021 |
| DOT-OST-2005-20735-0163 | Morgantown Municipal Airport (Request for Essential Air Service Hub Increase at IAD) | 05/24/2022 |
| DOT-OST-2005-20735-0164 | 2022-6-11 Order Approving Alternate Service Pattern | 06/15/2022 |
| DOT-OST-2005-20735-0165 | 2024-5-29 Order Requesting Proposals | 05/29/2024 |
| DOT-OST-2005-20735-0166 | Request for Community Comments | 07/03/2024 |
| DOT-OST-2005-20735-0167 | Boutique Air (Proposal) | 07/03/2024 |
| DOT-OST-2005-20735-0168 | Corporate Flight Management Inc. dba Contour Airlines (Proposal) | 07/03/2024 |

| Document ID | Title | Date Posted |
|---|---|---|
| DOT-OST-2005-20735-0169 | Hyannis Air Service, Inc. dba Cape Air (Proposal) | 07/03/2024 |
| DOT-OST-2005-20735-0170 | Southern Airways Express LLC (Proposal) | 07/03/2024 |
| DOT-OST-2005-20735-0171 | SkyWest Airlines (Proposal) | 07/05/2024 |
| DOT-OST-2005-20735-0172 | Morgantown Municipal Airport (Letter of Recommendation for EAS) | 08/07/2024 |
| DOT-OST-2005-20735-0173 | Comments of Southern Airways Express, LLC | 09/13/2024 |
| DOT-OST-2005-20735-0174 | 2024-9-18 Order Selecting Air Carrier | 09/20/2024 |
| DOT-OST-2005-20735-0175 | 2024-11-10 Order Extending Service Obligation | 11/21/2024 |
| DOT-OST-2005-20735-0176 | 2024-12-11 Erratum and Corrected Appendix | 12/18/2024 |